UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| JACKIE GLISPIE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 12-CV-2060 |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On October 24, 2012, Magistrate Judge David G. Bernthal filed a Report and Recommendation (#27) in the above cause. On November 13, 2012, the pro se Plaintiff, Jackie Glispie, filed a Response (#30). This court has carefully reviewed Judge Bernthal's reasoning and Plaintiff's Response. Following this thorough de novo review, this court agrees with Judge Bernthal and accepts the Report and Recommendation.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#27) is accepted by this court.

(2) The Motion to Dismiss (#21) filed by Defendant the Illinois Department of Corrections (IDOC) is GRANTED. Defendant IDOC is dismissed from this case and is terminated as a Defendant.

(3) This case is referred to Judge Bernthal for further proceedings.

ENTERED this 3rd day of January, 2013.

s/MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE